UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARIA KAMILA MARIN, on behalf of herself and others similarly situated,

                    Plaintiff,

-against-

APU FOODS CORP. d/b/a/ RIKO PERUVIAN CUISINE, 44 SUNNYSIDE CORP. d/b/a RIKO PERUVIAN CUISINE EXPRESS, JAMAICA 153 CORP, d/b/a RIKO PERUVIAN CUISINE, 8 CHELSEA CORP. d/b/a RIKO PERUVIAN CUISINE, BARU CORP. d/b/a CUMBIA AND SABOR, PAULA ANDREA GIL, and WALTER BURGOS,

                    Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2017

17-CV-2956 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Plaintiff alleges claims arising out of her employment at a restaurant in Queens, New York;

      WHEREAS this case could have been brought in the Eastern District of New York and the parties do not oppose the transfer of this case to the Eastern District of New York;

      IT IS HEREBY ORDERED that this case is TRANSFERRED to the Eastern District of New York.  *See* 28 U.S.C. §§ 1391, 1404(a).

**SO ORDERED.**

Date:  May 26, 2017
       New York, New York

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**