UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA KAMILA MARIN, on behalf of herself and others similarly situated,<br><br>                              Plaintiff,<br>        -against-<br><br>APU FOODS CORP. d/b/ RIKO PERUVIAN CUISINE, 44 SUNNYSIDE CORP. d/b/a RIKO PERUVIAN CUISINE EXPRESS, JAMAICA 153 CORP. d/b/a RIKO PERUVIAN CUISINE, 8 CHELSEA CORP. d/b/a RIKO PERUVIAN CUISINE, BARU CORP. d/b/a CUMBIA AND SABOR, PAULA ANDREA GIL, and WALTER BURGOS,<br><br>                              Defendants. | Case No. 17-cv-3224 (MKB) (SMG) |

## NOTICE OF MOTION TO DISMISS

Defendants, by and through counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court for an order dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief may be granted.  In support of their motion, Defendants refer this Court to their Memorandum of Law in Support, filed simultaneously herewith.

WHEREFORE, for the reasons stated in the accompanying memorandum of law in support of this motion, Defendants respectfully request that this Court (1) grant their motion to dismiss; (2) dismiss the Complaint in its entirety with prejudice; and (3) award any other relief that this Court deems just and proper.

Dated:  New York, New York
            July 14, 2017

                                        */s/ Argilio Rodriguez, Esq.*
                                        By: Argilio Rodriguez, Esq.
                                        Rodriguez Law, P.C.
                                        Empire State Building
                                        350 Fifth Avenue, Suite 5909
                                        New York, NY 10118

(212) 960-3305
argilio@lawrodriguez.com

*Attorney for Defendants*

To:  D. Maimon Kirschenbaum
Denise Schulman
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
maimon@jk-llp.com

*Attorney for Plaintiff*

## CERTIFICATION OF SERVICE

I, Argilio Rodriguez, hereby certify that on September 9th, 2016, I caused a copy of the attached Notice of Motion to Dismiss plaintiffs' Complaint and the Memorandum of Law in Support of Defendants' Motion to Dismiss to be served: (i) electronically on all counsel registered for electronic service in this action; and (ii) by mail to opposing counsel.

Dated:  New York, New York
September 9, 2016

/s/Argilio Rodriguez_____
Argilio Rodriguez, Esq.